```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 00310
   JAMES J SHEN
   DORA P PAN                                CHAPTER 13

                                             JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-4855    SSN XXX-XX-1424
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/09/07 and confirmed on 03/30/07.

   2.  The case was converted to Chapter 7 after confirmation, 01/24/2008.

   3.  The Debtor paid a total of $  33660.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| ECAST SETTLEMENT CORPORA | UNSECURED | 12509.15 | .00 | 2349.19 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9804.10 | .00 | 1843.87 |
| ROUNDUP FUNDING LLC | UNSECURED | 14358.91 | .00 | 2693.71 |
| CAPITAL ONE BANK | UNSECURED | 9997.07 | .00 | 1877.42 |
| CAPITAL ONE BANK | UNSECURED | 6729.52 | .00 | 1224.60 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 31987.56 | .00 | 6023.87 |
| B REAL LLC | UNSECURED | 13357.72 | .00 | 2508.52 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 355.21 | .00 | 63.87 |
| DISCOVER BANK | UNSECURED | 14888.83 | .00 | 2796.04 |
| DISCOVER BANK | UNSECURED | 14872.00 | .00 | 2792.92 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 29414.49 | .00 | 5523.93 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| US BANK AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| US BANK AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | 6268.38 | .00 | 1169.80 |
| BANK ONE/CHASE | UNSECURED | 10647.13 | .00 | 1703.22 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | .00 | .00 | 175190.07 | .00 | 175190.07 |
| PRINCIPAL PAID | .00 | .00 | 32570.96 | .00 | 32570.96 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 32570.96 | .00 | 32570.96 |

The Debtor's attorney, LEDFORD & WU                , was allowed $   3000.00
and was paid $   3000.00  direct and $     .00  through the plan.

The Trustee received $   1089.04 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 04/17/08                    /S/
                                          GLENN STEARNS
                                        CHAPTER 13 TRUSTEE